IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OFFICE OF THE FEDERAL PUBLIC DEFENDER, MIDDLE DISTRICT OF TENNESSEE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 23-3500 (AHA) |

# DEFENDANTS' STATUS REPORT

Pursuant to the Court's Minute Order dated April 17, 2025, Defendants, by and through undersigned counsel, report to the Court as follows:

1. This lawsuit involves a November 21, 2023, Freedom of Information Act ("FOIA") complaint seeking documents from the Federal Bureau of Prisons (the "Bureau").

2. On August 11, 2022, Plaintiff submitted a FOIA request, Request No. 2022-05919, to the Bureau of Prisons ("BOP") seeking specific records (such as records directly related to the incarceration of Inmate Ricky Fackrell (Reg. No. 12324-081), as well as incident reports, administrative remedies, statistics, lawsuits and settlements related to institutional security, and various reports reflecting conditions at six BOP institutions over a 15-year timeframe). *See* ECF No. 1-1 at 7 – 12. Plaintiff is appointed counsel for a prisoner on federal death row and seeks these records in preparation for post-conviction release efforts under 28 U.S.C. § 2255 and a petition for executive clemency.[1]

---

[1] Defendants note that Mr. Fackrell's death sentence has since been commuted to a life sentence, but that Plaintiff has indicated, through counsel, that he does not intend to withdraw or dismiss this litigation.

3. On February 1, 2024, Defendants filed their Answer. ECF No. 10.

4. As previously noted, the parties met and conferred to discuss the status of the Bureau's searches and processing and how best to address those matters. The parties are continuing to meet and confer regarding the Bureau's searches and have agreed to continue to work in good faith to address the search issue as they arise. In particular, the Bureau reports that the delay in the searches largely arises from the need to search physical, non-electronic records stored in multiple facilities around the country. The Bureau further reports that it will continue to provide Plaintiff and this Court with updates and estimates as they become available. Additionally, as previously reported, only one FOIA Officer is qualified to review and process the records at issue in this matter as the request is on behalf of and in relation to an inmate on federal death row.

5. As previously reported, the principal outstanding issue to date has been the difficulty in locating and processing records which are not centrally located, which has impacted Defendants' ability to produce responsive records to Plaintiff. Defendants' efforts in this area are ongoing, and Defendant is continuing to search for responsive records at multiple locations.

6. Defendants have received approximately seventy-five boxes of records from the Beaumont facility and reports that the collection of records from that facility is now complete. Defendants have begun to conduct an initial review of the records to determine responsiveness and anticipates they will be in a position to make releases of responsive records, subject to appropriate withholdings, on or before September 1, 2025.

7. In the meantime, Defendants anticipate continuing to make interim monthly productions of records collected from other storage facilities, including the Special Confinement Unit and the Office of Internal Affairs.

8. With respect to the remaining locations to be searched, Defendants report that

searches are still ongoing at USP Hazelton, USP Allenwood, ADX Florence, USP Victorville, and FDC Houston. As with the searches at USP Beaumont, however, these searches are being conducted of hard copy records stored on site, with no digital access thereto. Accordingly, Defendants are not currently in a position to provide an estimate of how many pages or documents will need to be collected, though they anticipate the number will be less than the total collected from USP Beaumont. Defendant anticipates that the collection efforts from these five locations will be completed by October 2025 and that the collection efforts can and will continue independently of the processing of the USP Beaumont records, so as to avoid a delay.

9.    With respect to the records collected from USP Beaumont, the records were collected in response to all parts of the FOIA Requests, but they were collected broadly and with the intent of having them scanned and reviewed by the FOIA office. Defendants are therefore not yet in a position to state whether there are any USP Beaumont-specific requests for which records have not been located. Defendants report, however, that all parts of the FOIA Requests related to specific occurrences at USP Beaumont, reports generated there, staffing information, logbooks, and internal memoranda would be contained in the records obtained from USP Beaumont and Defendants do not believe such records would be stored at any other location.

10.    With respect to the timing of releases, the USP Beaumont records are being processed, but there are other records already collected which are ahead in the processing queue, including the remaining records collected from the Secure Containment Unit and the Office of Internal Affairs. Records collected from these two locations relate to: prisoner grievances filed at all six institutions; administrative remedies for incidents at all six institutions; and verdicts, judgments, settlements, and payments made across all six institutions.

.

Dated: May 6, 2025
Washington, DC

                        Respectfully submitted,

                        EDWARD R. MARTIN, JR.
                        D.C. Bar No. #481866
                        United States Attorney

By:   */s/ Kartik N. Venguswamy*
                        KARTIK N. VENGUSWAMY
                        D.C. Bar No. #983326
                        Assistant United States Attorney
                        601 D Street, NW
                        Washington, D.C. 20530
                        Tel: (202) 252-1790
                        kartik.venguswamy@usdoj.gov

                        *Attorneys for the United States*